IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-po-00012-JDR |
|---|---|
| Plaintiff, | ) (H5154900/AL7 |
| vs. | ) |
| TAMARA FRATIS, | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

Having duly considered the United States' motion [3] to dismiss without prejudice, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED this 8th day of May, 2013, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge